CARROLLTON, OHIO AERIE 2185 FRATERNAL ORDER OF EAGLES, INC., APPELLEE, *v.* OHIO CIVIL RIGHTS COMMISSION, APPELLANT.

[Cite as Carrollton, Ohio Aerie 2185 Fraternal Order of Eagles, Inc. *v.* Ohio Civil Rights Comm. (1991), 58 Ohio St. 3d 177.]

(No. 90-2230—Submitted February 13, 1991—Decided March 27, 1991.)

*Richard L. Rumbaugh,* for appellee.

*Lee I. Fisher,* attorney general, and *Joseph D. Rubino,* for appellant.

The motion to certify the record is allowed. This cause is reversed on authority of *Ramsdell* v. *Ohio Civil Rights Comm.* (1990), 56 Ohio St. 3d 24, 563 N.E. 2d 285.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.